UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>D. DAVEY, et al.,<br><br>　　　　　Defendants. | 1:16-cv-01881-GSA-PC<br><br>ORDER RE PLAINTIFF'S REQUEST<br>FOR CASE STATUS<br><br>(ECF No. 11.) |

  Gerald Wright ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On December 9, 2016, Plaintiff filed the Complaint commencing this action. (ECF No. 1.) Plaintiff's Complaint awaits the court's requisite screening pursuant to 28 U.S.C. § 1915.

  On May 12, 2017, Plaintiff filed a request for case status. (ECF No. 11.)

  Due to the large number of cases pending before this court, the Clerk does not ordinarily provide written responses to requests for status of cases. Plaintiff is advised that he shall receive notice in this action as a matter of course.[1] All documents filed in this action shall be served upon all parties who have appeared in this action, including Plaintiff. Plaintiff can be

---

[1] Plaintiff is required to keep the court informed of his current mailing address. Local Rule 182(f) provides: "Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective. Separate notice shall be filed and served on all parties in each action in which an appearance has been made."

1

assured that he will receive notice, at his address of record, of rulings made in this case and deadlines established in this case, provided he keeps the court informed of his current address.

Accordingly, IT IS HEREBY ORDERED that this order resolves Plaintiff's request filed on May 12, 2017.

IT IS SO ORDERED.

    Dated:   **May 15, 2017**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE