UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD WRIGHT,<br><br>        Plaintiff,<br><br>    vs.<br><br>D. DAVEY, et al.,<br><br>        Defendants. | 1:16-cv-01881-GSA-PC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER AND FAILURE TO PROSECUTE**<br>**(ECF No. 13.)**<br><br>**FOURTEEN-DAY DEADLINE** |

**I.    BACKGROUND**

Gerald Wright ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On December 9, 2016, Plaintiff filed the Complaint commencing this action at the United States District Court for the Central District of California. (ECF No. 1.) On December 15, 2016, Plaintiff's case was transferred to this court.

On December 30, 2016, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance. (ECF No. 8.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

1

On August 31, 2017, the court screened the Complaint and issued an order dismissing the Complaint for failure to state a claim, with leave to amend within thirty days. (ECF No. 13.) The thirty-day deadline has passed, and Plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, if any he has, why this action should not be dismissed for failure to follow a court order and failure to prosecute. Plaintiff must file a response to this order **within fourteen (14) days**. Plaintiff may also comply by filing a response to the August 31, 2017, order.

<u>Failure to follow this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: **October 20, 2017**         **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE